No. 1008. BROOKLYN TRUST Co., TRUSTEE, *v.* KELBY ET AL. June 7, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration or

decision of this application. *Messrs. Jackson A. Dykman* and *Ralph W. Crolly* for petitioner. *Messrs. Charles H. Kelby* and *Charles M. McCarty* for Prudence-Bonds Corp. et al.; and *Mr. Samuel Silbiger* for George E. Eddy,— respondents.